**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6861**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

DONNELL DEAN BENSON, a/k/a Dizzy

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:11-cr-00122-D-1)

Submitted:  October 23, 2018               Decided:  October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donnell Dean Benson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Dean Benson appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  We have reviewed the record and find no reversible error.  *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (reviewing district court's decision whether to reduce sentence under § 3582(c)(2) for abuse of discretion).  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*